The court incorporates by reference in this paragraph and adopts as the findings and orders
of this court the document set forth below. This document was signed electronically at the time
and date indicated, which may be materially different from its entry on the record.



Entered pursuant to Administrative Order No. 16-02,
Teresa D. Underwood, Clerk of Court

By: /s/ Diane Haidet
     Deputy Clerk

Dated: 11:16 AM December 18, 2018

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| MICHAEL L. WOODS | : | CASE NO. : 18-61146 |
| BARBARA J. WOODS | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | CONVERTED ORDER RELEASING DEBTOR FROM MAKING FURTHER PAYMENTS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    The Court hereby ORDERS that the debtor is hereby released and that no further payments are required.

    I hereby certify that this Order complies with Administrative Order No. 16-02. Signed under the pains and penalty of perjury.

**/S/ Dynele L. Schinker-Kuharich**
**Dynele L. Schinker-Kuharich, Chapter 13 Trustee**

## Service list

MICHAEL L. WOODS
14820 CHURCHFIELD ST NW
PO BOX 55
NORTH LAWRENCE, OH 44666

BARBARA J. WOODS
14820 CHURCHFIELD ST NW
PO BOX 55
NORTH LAWRENCE, OH 44666

DOUGLAS D JONES ESQ
2867 SHARONWOOD NW
CANTON, OH 44708

Dynele L. Schinker-Kuharich, Chapter 13 Trustee
200 Market Avenue North, Suite LL30
Canton, Ohio 44702

###